1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
3  
   Annie Aboulian (SBN 280693)
4  annie@donigerlawfirm.com
5  **DONIGER / BURROUGHS APC**
   300 Corporate Pointe, Suite 355
6  Culver City, California 90230
7  Telephone: (310) 590-1820
   Facsimile: (310) 417-3538
8  
   Attorneys for Plaintiff
9  

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FABRICS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> MACKSON, INC. ; *et al.*, <br><br> Defendants. | Case No.: CV12-07224 RGK (JEMx) <br> <u>Honorable R. Gary Klausner Presiding</u> <br><br> **[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

- 1 -

**[PROPOSED] ORDER:**

Having reviewed the parties' stipulation to dismiss this action and finding good cause thereon,

IT IS HEREBY ORDERED that this action be dismissed in its entirety with prejudice with each party to bear its own costs, expenses, and attorneys' fees. It is further ORDERED that this Court will retain jurisdiction to enforce the settlement agreement that precipitated this dismissal.

SO ORDERED.

Dated: July 25, 2013

*/s/ Gary Klausner*
_____
Honorable R. Gary Klausner
United States District Court Judge